UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA (Washington, D.C.)

| | |
|---|---|
| LYNN GISELE KING,<br>              Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>TANYA CHAPMAN, & PATRICIA CRAWFORD<br>              Defendants | §<br>§<br>§<br>§    1:23-cv-03512-ACR<br>§<br>§<br>§<br>§ |

## PLAINTIFF'S FIRST AMENDED COMPLAINT

To the Honorable Judge REYES:

Plaintiff **L.G. KING**, a Registered Nurse, used to work for the Washington, DC Veterans Affairs Medical Center ["DCVAMC"] from March 1, 2021 until March 11, 2024.

Defendant **U.S.A.** may be served through Assistant U.S. Attorney **Stephen DeGenaro**, Esq. at <u>**U.S. Department of Justice, 601 D St NW, Washington, DC 20530**</u>.

Defendants **Tanya Chapman** and **Patricia Crawford** are both Registered Nurses, who may be served at <u>**D.C. Veterans Affairs Medical Center, 50 Irving Street, NW, Washington, DC 20422**</u>.

During her tenure at DCVAMC, Plaintiff was subjected to 3 separate incidents of **Common Law Battery** (intentional offensive and unwelcome assaultive touching, without Plaintiff's consent) by 2 different federal employees (both RNs). Although Plaintiff reported these incidents within the VA system, she got no relief at DCVAMC.

The 3 Assaultive Incidents:

1. <u>**May 18, 2023**</u>: Patient Safety Manager **Tanya Chapman, RN**, came from behind and hit Plaintiff's **left shoulder**. Plaintiff was startled and firmly told **Chapman** to "*not touch me*" and to "*back off.*" In the months preceding the assault, **Chapman** had submitted a very late and intentionally deficient and misleading Proficiency Report to the **NPSB** (Nursing Professional Standards Board), which had resulted in the denial of

Plaintiff's promotion from **Grade II** (VN-2) to **Grade III** (VN-3), and Plaintiff had filed an **EEO** grievance against **Chapman**.

2. **June 12, 2023**: **NPSB** Chairman & Chief Nurse of Mental Health **Patricia Crawford, PhD, RN**, who was supposed to act as the "**fact finder**" upon Plaintiff's **EEO** grievance against **Tanya Chapman** (thus, **Crawford** knew that Plaintiff had complained about **Chapman**'s assaultive **May 18** conduct), came and unexpectedly **squeezed** the **back** of Plaintiff's **neck** and **shook** Plaintiff's **head** (again, grabbing her **neck**), while Plaintiff was doing the rounds in a **locked in-patient mental health unit** (where, presumably, some patients could have been dangerous and where these in-patients could have tried to imitate Dr. **Crawford**'s moves on others). On this same day, **Tanya Chapman** was conducting a formal **Patient Safety Inspection** of Dr. **Crawford**'s Mental Health unit.

3. **June 27, 2023**: Patient Safety Manager **Tanya Chapman, RN**, despite having been warned by Plaintiff on **May 18, 2023**, once again hit Plaintiff on the **left wrist** in retaliation to Plaintiff's **EEO** grievance and in an attempt to provoke Plaintiff into losing her temper and creating a scene.

In all 3 of these assaultive incidents, both **Chapman** and **Crawford** were federal employees, acting within the scope of their employment with the **DCVAMC**, a hospital of the Defendant **U.S.A.** federal government.

WHEREFORE, Plaintiff Lynn G. King respectfully requests that:

a. Defendant **United States of America** be found **liable** for **Common Law Battery** if any of the 3 assaultive incidents are found to be **unintentional**.

b. Defendant **U.S.A.** pay **non-economic damages** to Plaintiff for **unintentional** incidents of **battery** for emotional distress, humiliation, loss of enjoyment of life, and mental anguish.

c. Defendants **Tanya Chapman** and **Patricia Crawford** be found **liable** for **Common Law Battery** if any of the 3 assaultive incidents are found to be **intentional**.

d. Defendants **Tanya Chapman** and **Patricia Crawford** pay both **non-economic** (for emotional distress, humiliation, loss of enjoyment of life, and mental anguish) and **punitive damages** to Plaintiff for **intentional** incidents of battery.

Respectfully submitted,

/s/ L.G. King

Lynn Gisele King
Plaintiff *pro se*
1801 Crystal Drive, Apt. 807,
Arlington, Virginia 22202
757-329-6292
kinglcnor@gmail.com

## Certificate of Service

A true copy of the foregoing Amended Complaint is being served on AUSA **Stephen DeGenaro**, Esq., at Stephen.DeGenaro@usdoj.gov (601 D St NW, Wash DC 20530; 202-252-7229) on this 12th day September, 2024.

/s/ L.G. King

Lynn Gisele King